NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT LEE ELWELL, DOC #C05390,    )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-4896
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed August 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen, Judge.

Robert Lee Elwell, pro se.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and SMITH, JJ., Concur.